# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-2474

_____

Maria C. Roldan-Tennant, also known as Maria C. Roldan

*Plaintiff - Appellant*

v.

QCR Holdings, Inc. c/o Douglas Hultquist, CEO; Quad City Bank and Trust, Co.

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Southern District of Iowa - Davenport

_____

Submitted: January 28, 2014
Filed: February 7, 2014
[Unpublished]

_____

Before LOKEN, BYE, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Maria Roldan-Tennant appeals following the district court's[1] dismissal of her civil action, upon motion by defendants below, for failure to comply with court rules

_____

[1]The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.

and orders. We conclude that the district court did not abuse its discretion in denying Roldan-Tennant's repeated motions seeking recusal. See Am. Prairie Constr. Co. v. Hoich, 560 F.3d 780, 789-90 (8th Cir. 2009) (standard of review). We also conclude that the district court was well within its discretion to dismiss the action under Federal Rule of Civil Procedure 41(b). Among other conduct demonstrating a refusal to cooperate in discovery matters, Roldan-Tennant failed to attend a court-ordered deposition and a court-ordered motions hearing--without giving the district court any notice or excuse--even after the court expressly warned Roldan-Tennant that failure to cooperate in pretrial discovery and to attend a properly noticed deposition could result in dismissal of her suit. See Fed. R. Civ. P. 41(b); DiMercurio v. Malcolm, 716 F.3d 1138, 1139-40 (8th Cir. 2013) (standard of review).

Accordingly, we affirm. See 8th Cir. R. 47B. We grant appellees' motion to strike.

_____